# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT BOWLING GREEN
# CIVIL ACTION NO. 1:08CV-P103-M

**STEVE DEMONT ROBERSON**                                                                 **PLAINTIFF**

**v.**

**GERALD BRASHEAR** *et al.*                                                              **DEFENDANTS**

## MEMORANDUM OPINION

By prior Order entered October 1, 2008 (DN 5), this Court directed Plaintiff to show cause why this action should not be dismissed for failure to comply with the August 15, 2008, Notice of Deficiency (DN 4), or, alternatively, to submit a certified copy of his inmate trust fund account statement for the six-month period immediately preceding the filing of his complaint. The Court warned Plaintiff that his failure to comply with the Order within 30 days would result in dismissal of this civil action.

The response time has expired, and a review of the record reveals that Plaintiff has failed to comply with the prior Order or show cause for said failure. Accordingly, the action will be dismissed for failure to prosecute by separate Order.

Date:

cc:     Plaintiff, *pro se*
4414.005